In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SIDNEY GONDELMAN, an Attorney.— Motion to confirm report of Official Referee granted. The new issue raised, as well as all other issues involved in the

**1184**

disbarment proceeding (258 App. Div. 1085), are referred to Honorable FRANK F. ADEL, Official Referee, to take proof and report, with his findings and recommendations. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.